**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00194-CR**

_____

**IN RE GABRIEL VILLARREAL**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

Relator Gabriel Villarreal filed a petition for writ of mandamus. We notified Villarreal of defects in his mandamus petition. *See* Tex. R. App. P. 52.3, 52.7. Although this Court provided extensions of time, Villarreal did not amend his petition or provide a mandamus record to support his arguments. We may grant mandamus relief only if the relator demonstrates that the act sought to be compelled is purely ministerial, and that the relator has no other adequate legal remedy. *See State ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001). Villarreal has not shown that he is entitled to relief by writ of mandamus. *See id.* We deny the petition.

1

PETITION DENIED.

PER CURIAM

Opinion Delivered September 18, 2013
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.